**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1518**

---

MURRAY WITCHER,

Plaintiff - Appellant,

versus

JOSEPH W. WESTPHAL,

Defendant - Appellee,

and

LOUIS CALDERA, United States Department
of the Army,

Defendant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-
00-2676-RDB)

---

Submitted: October 27, 2004          Decided: November 15, 2004

---

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Murray Witcher, Appellant Pro Se. Neil Ray White, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Murray Witcher appeals the district court's order granting summary judgment in his employer's favor in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Witcher v. Westphal</u>, No. CA-00-2676-RDB (D. Md. filed Mar. 22, 2004 & entered Mar. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>